UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SRIKANTH SREEDHAR,<br><br>       Plaintiff,<br><br>  -against-<br><br>NATIONAL INSTITUTE OF TECHNOLOGY KARNATAKA; MANGALORE UNIVERSITY,<br><br>       Defendants. | 25 CIVIL 3100 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the April 29, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 1, 2025
     New York, New York

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                 Chief United States District Judge